# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 17, 2013

No. 12-41150
Summary Calendar

Lyle W. Cayce
Clerk

BRUCE GREEN,

Plaintiff-Appellant

v.

TRIMAC TRANSPORTATION, INCORPORATED,

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:10-CV-444

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

For essentially the reasons articulated in the district court judgment, we AFFIRM. *See* 5th Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.